UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KENNETH SWEET,

    Petitioner,

v.

MARGARET GILBERT,

    Respondent.

Case No. C15-1966 RSL-BAT

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's motion for preliminary injunction (Dkt. 32) is **DENIED.**

(3) The Clerk of Court is directed to send copies of this Order to Plaintiff, counsel for Respondent, and to Judge Tsuchida.

DATED this 11th day of Oct., 2016.

_____
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1